## No. 6116.

### NICHOLAS VERRET VS. FRANÇOIS GAUDIN, TUTOR, ET AL.

The motion to dismiss this appeal must prevail. It was made returnable on the third Monday, seventeenth day of January, 1876. The delay of three judicial days expired on the twentieth of January. An indorsement on the record that it was filed on the twenty-first was too late, no extension having been obtained, or asked for.

APPEAL from the Fifteenth Judicial District Court, parish of Assumption. *Beattie, J. Nicholls & Folse,* for plaintiff and appellee. *Hiram G. Carver,* for defendant and appellant.

HOWELL, J. The motion to dismiss this appeal on the ground that the transcript was filed after the legal delay had expired must prevail. The appeal was made returnable on the third Monday, being the seventeenth day of January, 1876. The delay of three judicial days expired on the twentieth of January. On the twenty-first the appellee obtained from the deputy clerk of this court a certificate of the non-filing of the transcript in the clerk's office. There is, however, an indorsement on the record that it was filed on the twenty-first, made by a different deputy. This was too late, no extension having been obtained or asked for.

It is therefore ordered that the appeal herein be dismissed with costs.